ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-529 (DSD/JMM)

Gay A. Bakken, et al.,

v.

County of Dakota.

STIPULATION AND ORDER TO EXTEND TIME TO ANSWER

## STIPULATION

It is stipulated by and between the parties, through their respective counsel of record, that:

1. The summons and complaint were served on the defendant on July 23, 2001.

2. On August 1, 2001 counsel for plaintiff and defendant agreed to an extension of time for defendant to submit an answer to the complaint to allow the parties to engage in settlement discussions. A copy of the letter agreement for the extension of time is attached to this Stipulation as Exhibit A.

3. The court has not granted an extension of time to answer or otherwise plead to the complaint in this action, and no previous application for an order extending the time to answer or otherwise plead to the complaint has been made.

4. This extension is not sought for the purpose of delay and neither party will be prejudiced by an order extending the time to file an answer in this action.

5. The Court may make and enter its Order extending the time of Defendant County of Dakota to answer or otherwise move with reference to plaintiffs' Complaint to and including September 6, 2001.

6. This Stipulation is necessary to allow the parties to consider an early settlement of this action.

Jay R. Stassen
Attorney for Defendant

Dated: Aug 23, 2001.

Kelly A. Jeanetta
Attorney for Plaintiffs

Dated: Aug. 27, 2001.



FILED AUG 30 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

**ORDER**

Based upon the stipulation of the parties to this action, the time for defendant County of Dakota to answer or otherwise move with reference to plaintiffs' Complaint is extended to and including September 6, 2001.

Dated: Aug 30, 2001.

Magistrate John M. Mason

lit/L00-50 stipulation

·MILLER·O'BRIEN·
A Professional Limited Liability Partnership
ATTORNEYS
1208 Plymouth Building
12 South Sixth Street
Minneapolis, MN 55402-1529
(612) 333-5831

FAX (612) 342-2613
E-mail: miller-obrien@miller-obrien.com

EXHIBIT
A
(2 pages)

PENGAD-Bayonne, N.J.

01 AUG -2 AM 10:42

Brendan D. Cummins
Kelly A. Jeanetta
Nancy J. Miller
Richard A. Miller
Maurice W. O'Brien

Robert J. Alfton
of Counsel
Samuel I. Sigal
1905-1995
PARALEGALS:
Beth M. Clark
Michelle Budnick

August 1, 2001

Jay R. Stassen
Dakota County Judicial Center
1560 Highway 55
Hastings, MN 55033-2392

Re: Gay Bakken and Meg Grove
Our File No.: 73-4658-01

Dear Mr. Stassen:

Enclosed is your original July 27, 2001 correspondence which I have signed, granting the extension of time for you to file an answer.

Sincerely,

MILLER·O'BRIEN

Kelly A. Jeanetta

Kelly A. Jeanetta

KAJ:jlk
Enclosure

OFFICE OF DAKOTA COUNTY ATTORNEY
JAMES C. BACKSTROM
COUNTY ATTORNEY

Dakota County Judicial Center
1560 Highway 55
Hastings, Minnesota 55033-2392
Phillip D. Prokopowicz, Chief Deputy
Karen A. Schaffer, First Assistant
Monica Jensen, Community Relations Director

Telephone
(651) 438-4438
FAX: (651) 438-4479 (Civil Division)
FAX: (651) 438-4500 (Criminal Division)
FAX: (651) 438-4499 (Juvenile/Admin Division)
E-mail: attorney@co.dakota.mn.us
Direct Dial: (651) 438-4564
Email: Jay.Stassen@co.dakota.mn.us

July 27, 2001

KELLY A JEANETTA
MILLER OBRIEN LLP
1208 PLYMOUTH BLDG
12 S SIXTH ST
MINNEAPOLIS MN 55402-1529

RE: *Bakken and Grove v. County of Dakota*
Federal District Court File No. 01-CV-529 dsd/jmm
Our File No. L-00-50

Dear Ms. Jeanetta:

A closed session of the Dakota County Board of Commissioners was convened on Tuesday, July 24, 2001, to discuss the most recent settlement demand you presented in this matter. During that meeting the County Board did provide our office with limited authority to negotiate a settlement of these claims. By a separate letter I will outline the County's settlement proposal.

On July 23, 2001, just prior to my meeting with the County Board, you served the County with a Summons and Complaint in federal district court. As we discussed last week, I would like to explore settlement discussions with you prior to submitting an answer. Therefore, I am requesting an extension of time to file an answer until we mutually agree that settlement of this dispute prior to litigation is not feasible. Once it is clear that our settlement discussions will not be fruitful, I will file an answer or appropriate motions within twenty days.

If an extension of time under these terms is acceptable to you, please sign at the bottom of this letter and return the original to me. Thank you for your consideration of this request.

Sincerely yours,

Jay R. Stassen
Assistant County Attorney

/gk

Kelly A. Jeanetta
Attorney for Plaintiffs

RECEIVED
JUL 27 2001
MILLER-O'BRIEN

lit/L00-50 ltr to jeanetta 7-27-01

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500