UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Gay A. Bakken and Margaret C. Grove,

Plaintiffs,

v.

County of Dakota,

Defendant.

Civ. File No. 01-CV 529 DSD/~~JMM~~ SRN

**STIPULATION, ORDER FOR JUDGMENT AND JUDGMENT FOR DISMISSAL**

## STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto that the above entitled action be, and the same is hereby dismissed with prejudice and on its merits and that the parties shall apply to this Court pursuant to the provisions of this stipulation for an order that judgment be entered in accordance therewith.

MILLER-O'BRIEN

Dated: 7-22-02

By: [signature]
Kelly A. Jeanetta (277204)
120 South Sixth Street, Suite 2400
Minneapolis, Minnesota 55402
(612) 333-5831

**ATTORNEYS FOR PLAINTIFFS**

FILED 7-26-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 7-26-02
DEPUTY CLERK

FRANK MADDEN & ASSOCIATES

Dated: July 19, 2002 By: Pamela R. Galanter

Pamela R. Galanter (136359)
505 North Highway 169, Suite 295
Plymouth, Minnesota 55441-6444
(763)545-2525

**ATTORNEYS FOR DEFENDANT**

## ORDER FOR JUDGMENT

IT IS HEREBY ORDERED that the above entitled action and all of the claims between the parties as set forth in the pleadings be and the same are hereby dismissed with prejudice.

LET JUDGMENT BE ENTERED IN ACCORDANCE WITH THIS ORDER.

Dated this 26th day of June, 2002

United States District Judge

## JUDGMENT

In accordance with the order for judgment entered herein, it is

ORDERED AND DECREED that the above entitled action, including the claims of all of the parties as set forth in their pleadings, be and they are hereby dismissed with prejudice.

WITNESS THE HONORABLE ______________________, United States District Judge, this ____ day of ________________, 2002.

Clerk of Court